1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA, LAURIE
6  SMITH, EDWARD FLORES, and ALEX
   CHYORNY, M.D.

7

8  KEITH G. JORDAN (S.B. #171267)
   720 SW Washington Suite 750
9  Portland, Oregon 97205
   Telephone:  (408) 271-9500                        *E-FILED - 4/21/09*
10 Facsimile:  (408) 271-9598
   keith@jordanlawfirm.net
11
   Attorney for Plaintiff
12 ERNEST MUSUMECI

13

14                          UNITED STATES DISTRICT COURT
                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
15                                    (San Jose)

16

17 ERNEST MUSUMECI,                    )    No.    C08-04924 RMW
                                       )
18        Plaintiff,                   )    **STIPULATION AND ORDER DISMISSING**
                                       )    **DEFENDANT SHERIFF LAURIE SMITH**
19 v.                                  )
                                       )
20 SANTA CLARA COUNTY et al.,          )
                                       )
21        Defendants.                  )
                                       )
22 _____ )

23        The parties, through their respective counsel of record, hereby stipulate and agree to an

24 order dismissing with prejudice all of Plaintiff's claim(s) against Defendant Sheriff Laurie

25 Smith as set forth in Plaintiff's complaint

26        It is further stipulated and agreed that the remaining claims in Plaintiff's complaint are

27 based on alleged violation of 42 U.S.C. section 1983 against Defendants County of Santa Clara

28 ("County"), Edward Flores, and Alex Chyorny, M.D., and state-based claims against the County

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Dismissing
Defendant Sheriff Laurie Smith                    1                    C08-04924 RMW

1   and Alex Chyorny, M.D., for alleged medical negligence, intentional infliction of emotional

2   distress, battery, and assault.

3         I hereby attest that I have on file all holograph signatures for any signatures indicated by a

4   "conformed" signature ( /S/ ) within this e-filed document.

5                                                 ANN MILLER RAVEL
                                                  County Counsel
6

7   Dated: April 9, 2009               By:  _____/S/_____

8                                            GREGORY J. SEBASTINELLI
                                             Deputy County Counsel
9
                                             Attorneys for Defendants
10                                           COUNTY OF SANTA CLARA, LAURIE
                                             SMITH, EDWARD FLORES, and ALEX
11                                           CHYORNY, M.D.

12

13  Dated: April 8, 2009               By:  _____/S/_____

14                                           KEITH G. JORDAN

15                                           Attorney for Plaintiff
                                             ERNEST MUSUMECI
16

17                                      **ORDER**

18

19  IT IS SO ORDERED.

20

21  Date: ___4/21/09___

22                                           RONALD M. WHYTE
                                             United States District Court Judge
23

24

25

26

27

28  174795.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Dismissing
Defendant Sheriff Laurie Smith                    2                    C08-04924 RMW