ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, EDWARD
FLORES, and ALEX CHYORNY, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MUSUMECI,<br><br>　　Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY et al.,<br><br>　　Defendants. | No.   C08-04924 RMW<br><br>[PROPOSED] ORDER EXCUSING INDIVIDUAL DEFENDANTS' ATTENDANCE AT EARLY NEUTRAL EVALUATION SESSION |

After consideration of Defendants' request to excuse DOC Chief Edward Flores and ACHS Medical Director Alex Chyorny, M.D., from attendance at the July 23, 2009 Early Neutral Evaluation ("ENE") session, the Court finds that good cause appears and therefor,

IT IS HEREBY ORDERED that Defendants' request to excuse DOC Chief Edward Flores and ACHS Medical Director Alex Chyorny, M.D., from attendance at the July 23, 2009 ENE session is granted. As per ADR Local Rule 5-10(f), these excused Defendants will be available to participate by telephone for the duration of the session or until excused by the ENE Evaluator.

Dated: 6-10-09

_____
WAYNE D. BRAZIL
United States District Court
ADR Magistrate Judge

188702.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[Proposed] Order Excusing Individual
Defendants' Attendance at ENE Session     1     C08-04924 RMW