1  MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
   GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA, EDWARD
6  FLORES, and ALEX CHYORNY, M.D.

*E-FILED - 11/5/09*

7

8

9                        UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ERNEST MUSUMECI,                    )   No.   C08-04924 RMW
                                        )
12        Plaintiff,                    )   **STIPULATION AND ORDER DISMISSING**
                                        )   **CERTAIN CLAIMS**
13  v.                                  )
                                        )
14  SANTA CLARA COUNTY et al.,          )
                                        )
15        Defendants.                   )
    _____)

16

17        The parties, through their respective counsel of record, hereby stipulate and agree to an

18  order dismissing with prejudice all of Plaintiff's state-based claims against Defendants County

19  of Santa Clara ("County") and Alex Chyorny, M.D., for alleged medical negligence, intentional

20  infliction of emotional distress, battery, and assault. As a result of this stipulation and order, the

21  County's pending motion for summary judgment on these state-based claims set for hearing on

22  November 13, 2009, may be taken off calendar.

23        It is further stipulated and agreed that the only remaining claim as set forth in Plaintiff's

24  complaint is one based on alleged violation of 42 U.S.C. section 1983 against the County and

25  Defendants Edward Flores and Alex Chyorny, M.D.

26  / /

27  / /

28  / /

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order
Dismissing Certain Claims                    1                    C08-04924 RMW

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ( /S/ ) within this e-filed document.


Dated: November 3, 2009          By:     _____/S/_____
                                          KEITH G. JORDAN

                                          Attorneys for Plaintiff
                                          ERNEST MUSUMECI




                                          MIGUEL MÁRQUEZ
                                          Acting County Counsel


Dated: November 3, 2009          By:     _____/S/_____
                                          GREGORY J. SEBASTINELLI
                                          Deputy County Counsel

                                          Attorneys for Defendants
                                          COUNTY OF SANTA CLARA,
                                          EDWARD FLORES, and ALEX
                                          CHYORNY, M.D.



## ORDER


        IT IS SO ORDERED.


Date: _ 11/5/09 _____
                                          RONALD M. WHYTE
                                          United States District Court Judge


219249.wpd

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order
Dismissing Certain Claims                 2                    C08-04924 RMW