| | |
|---|---|
| 1 | MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621) |
| | GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
| | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California 95110-1770 |
| | Telephone: (408) 299-5900 |
| 4 | Facsimile: (408) 292-7240 |

Attorneys for Defendants  *E-FILED - 2/10/10*
COUNTY OF SANTA CLARA, EDWARD
FLORES, and ALEX CHYORNY, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

ERNEST MUSUMECI,　　　　　　　) No.　C08-04924 RMW
　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　) **STIPULATION AND ORDER DISMISSING**
　　　　　　　　　　　　　　　　) **DEFENDANT ALEX CHYORNY, M.D.**
v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
SANTA CLARA COUNTY et al.,　　　)
　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　)
　　　　　　　　　　　　　　　　)

　　　The parties hereby stipulate and agree to an order dismissing with prejudice Alex Chyorny, M.D., respecting all claims including, but not limited to, alleged violation of 42 U.S.C. section 1983 as set forth in Plaintiff's complaint.

　　　It is further stipulated and agreed that the only remaining claim as set forth in Plaintiff's complaint is one based on alleged violation of 42 U.S.C. section 1983 against the County and Defendant Edward Flores.

/ /

/ /

/ /

/ /

/ /

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order
Dismissing Alex Chyorny, M.D.　　　　1　　　　C08-04924 RMW

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ( /S/ ) within this e-filed document.

Dated: February 4, 2010     By:     /S/
                                    ERNEST MUSUMECI

                                    Plaintiff in Pro Per


                                    MIGUEL MÁRQUEZ
                                    Acting County Counsel

Dated: February 4, 2010     By:     /S/
                                    GREGORY J. SEBASTINELLI
                                    Deputy County Counsel

                                    Attorneys for Defendants
                                    COUNTY OF SANTA CLARA,
                                    EDWARD FLORES, and ALEX
                                    CHYORNY, M.D.

**ORDER**

IT IS SO ORDERED.

Date: 2/9/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge

245134.wpd

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order
Dismissing Alex Chyorny, M.D.     2     C08-04924 RMW