| | |
|---|---|
| 1 | MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621) |
| | GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
| | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California 95110-1770 |
| | Telephone: (408) 299-5900 |
| 4 | Facsimile: (408) 292-7240 |

Attorneys for Defendants    *E-FILED - 4/14/10*
COUNTY OF SANTA CLARA, EDWARD
FLORES, and ALEX CHYORNY, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNEST MUSUMECI,           )   No.   C08-04924 RMW
                           )
    Plaintiff,             )   **STIPULATION AND ORDER DISMISSING**
                           )   **DEFENDANTS COUNTY OF SANTA**
v.                         )   **CLARA AND EDWARD FLORES**
                           )
SANTA CLARA COUNTY et al., )
                           )
    Defendants.            )
_____)

The parties hereby stipulate and agree to an order dismissing with prejudice all remaining defendants - the County of Santa Clara and Edward Flores - respecting all claims including, but not limited to, alleged violation of 42 U.S.C. section 1983 as set forth in Plaintiff's complaint. This civil action is now dismissed in its entirety.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ( /S/ ) within this e-filed document.

Dated: February 4, 2010              By:        /S/
                                        ERNEST MUSUMECI

                                        Plaintiff in Pro Per

/ /

/ /

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Dismissing Defendants
County of Santa Clara and Edward Flores        1               C08-04924 RMW

Dated: February 4, 2010

MIGUEL MÁRQUEZ
Acting County Counsel

By: _____/S/_____
GREGORY J. SEBASTINELLI
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
EDWARD FLORES, and ALEX
CHYORNY, M.D.

**ORDER**

IT IS SO ORDERED.

Date: 4/14/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge

245125.wpd

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Dismissing Defendants
County of Santa Clara and Edward Flores

2

C08-04924 RMW